

# Court of Appeals

# First District of Texas

## BILL OF COSTS

No. 01-13-00785-CV

**David Pollitt**

**v.**

**Computer Comforts, Inc.**

NO. 11CV1203 IN THE 212TH DISTRICT COURT OF GALVESTON COUNTY

| TYPE OF FEE | CHARGES | PAID/DUE | STATUS | PAID BY |
|---|---|---|---|---|
| MT FEE | $15.00 | 01/19/2015 | E-PAID | ANT |
| MT FEE | $10.00 | 01/14/2015 | E-PAID | ANT |
| MT FEE | $10.00 | 03/17/2014 | E-PAID | ANT |
| COPIES | $1.00 | 03/13/2014 | PAID | APE |
| MT FEE | $10.00 | 12/17/2013 | E-PAID | ANT |
| SUPP CLK RECORD | $207.00 | 12/10/2013 | UNKNOWN | UNK |
| E-TXGOV FEE | $5.00 | 11/25/2013 | E-PAID | ANT |
| E-TXGOV FEE | $5.00 | 10/24/2013 | E-PAID | ANT |
| CLK RECORD | $236.00 | 10/08/2013 | PAID | ANT |
| RPT RECORD | $564.00 | 09/30/2013 | PAID | ANT |
| E-TXGOV FEE | $5.00 | 09/29/2013 | E-PAID | ANT |
| E-TXGOV FEE | $5.00 | 09/25/2013 | E-PAID | ANT |
| E-TXGOV FEE | $5.00 | 09/15/2013 | E-PAID | ANT |
| E-TXGOV FEE | $5.00 | 09/15/2013 | E-PAID | ANT |
| FILING | $175.00 | 09/13/2013 | E-PAID | ANT |
| STATEWIDE EFILING | $20.00 | 09/13/2013 | E-PAID | ANT |

| E-TXGOV FEE | $5.00 | 09/13/2013 | E-PAID | ANT |
|---|---|---|---|---|

## The costs incurred on appeal to the First Court of Appeals Houston, Texas are $1,281.00.

*Court costs in this case have been taxed in this Court's judgment*

I, **Christopher A. Prine,** Clerk of the Court of Appeals for the First District of Texas, do hereby certify that this is a true statement of the costs of appeal in this case.

**IN TESTIMONY WHEREOF,** witness my hand and the seal of the Court of Appeals for the First District of Texas, this April 17, 2015.



**CHRISTOPHER A. PRINE**
**CLERK OF THE COURT**